IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10725
Summary Calendar
_____


ART LEERSKOV,

                              Plaintiff-Appellant,

versus

SHIRLEY S. CHATER, COMMISSIONER
OF SOCIAL SECURITY,

                              Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CV-714-D
- - - - - - - - - -
January 23, 1996
Before GARWOOD, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Art Leerskov appeals the district court's affirmance of the
agency decision denying him social security disability and
supplemental income benefits for a closed period.  He argues that
the findings of the administrative law judge (ALJ) concerning a
somatoform disorder are not supported by substantial evidence.
He also argues that the ALJ erred in discounting the medical
opinions and methodologies of the treating physician and his
associate, thus erring in the conclusion that Leerskov was not
disabled.

_____

    [*]    Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

We have carefully reviewed the record and the arguments.  We detect no error.  Accordingly, we affirm for essentially the same reasons given by the district court.  <u>See</u> <u>Leerskov v. Shalala</u>, No. 3:94-CV-0714-D (N.D. Tex. June 29, 1995).

AFFIRMED.